UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HUGH DIERKER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　Defendant. | No.: 3:18-cv-00145-CAB-MSB<br><br>**~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 [Doc. No. 24]** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SIX THOUSAND TWO HUNDRED SIXTY NINE DOLLARS AND SEVENTY SIX CENTS ($6,269.76), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall

/ / / / /

be delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

Dated: February 14, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge